UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STORZ MANAGEMENT COMPANY, a California Corporation, and STORZ REALTY, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>ANDREW CAREY, an individual, and MARK WEINER, an individual,<br><br>Defendants. | No. 2:18-cv-0068 TLN DB<br><br>ORDER |

This action came before the undersigned on October 25, 2019, for hearing of defendants' motion to compel. (ECF No. 99.) Attorney Andrew Bluth appeared on behalf of the plaintiffs. Attorney James Kachmar appeared on behalf of the defendants.

Upon consideration of the arguments on file and those made at the hearing, and for the reasons set forth on the record at that hearing, IT IS HEREBY ORDERED that defendants' October 4, 2019 motion to compel (ECF No. 99) is denied without prejudice to renewal.

Dated: October 29, 2019

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.civil\storz0068.oah.102519

1