**LEWIS BRISBOIS BISGAARD & SMITH LLP**
CHRISTOPHER J. BAKES, SB# 99266
ANDREW D. BLUTH, SB# 232387
CAITLIN E. HIGGINS, SB# 298782
2020 West El Camino Avenue, Suite 700
Sacramento, California 95833
Tel: 916.564.5400
Fax: 916.564.5444

Attorneys for Plaintiffs/Counterdefendants STORZ MANAGEMENT COMPANY, a California corporation, and STORZ REALTY, INC.

**weintraub tobin chediak coleman grodin law corporation**
CHARLES L. POST, SB#. 160443
JAMES KACHMAR, SB#. 216781
400 Capitol Mall, 11th Floor
Sacramento, California 95814
Telephone: 916/558.6000
Facsimile: 916/446.1611

Attorneys for Defendants/Counterclaimants ANDREW CAREY and MARK WEINER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STORZ MANAGEMENT COMPANY, a California Corporation, and STORZ REALTY, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>ANDREW CAREY, an individual, and MARK WEINER, an individual,<br><br>Defendants. | No. 2:18-cv-00068-TLN-DB<br><br>**STIPULATION AND ORDER RE: MODIFICATION OF ORDER DATED FEBRUARY 14, 2020 (DCKT. NO. 125)** |
| And related cross-claim. | |

Plaintiffs/Counterdefendants Storz Management Company and Storz Realty, Inc. ("Plaintiffs"), together with Defendants/Counterclaimants Andrew Carey and Mark Weiner ("Defendants") (Plaintiffs and Defendants referred to collectively as the "Parties") hereby stipulate to and request a modification to the Court's February 14, 2020 Order as follows:

WHEREAS, on or about February 14, 2020, the Court issued an Order (Dckt. # 125)

granting Defendants' Motion to Compel Continued Deposition of James Pierini as Storz Management Company's ("SMC") Person Most Knowledgeable (Dckt. # 116) and ordering Plaintiffs to produce witness James Pierini for a continued deposition as SMC's PMK by no later than March 13, 2010; and

WHEREAS, the Parties met and conferred and agreed that Mr. Pierini would appear for the continued deposition on March 10, 2020; and

WHEREAS, due to scheduling difficulties that are related to current public health concerns, the Parties have further met and conferred and agreed that the deposition needs to be continued to a later date; and

WHEREAS, the Parties have tentatively rescheduled the deposition to occur on March 27, provided conditions allow for it to go forward on that date; and

WHEREAS, as a result of this meet and confer, the Parties jointly request that the Court modify its February 14 Order (Dckt. # 125) to allow additional time for the continued deposition of Mr. Pierini as SMC's PMK to take place.

NOW, THEREFORE, the Parties jointly request:

1. That the Court modify its February 14, 2020 Order (ECF Document No. 125) to allow Plaintiffs until April 17, 2020 to produce Mr. Pierini for his continued deposition as SMC's PMK.

**IT IS SO STIPULATED AND AGREED.**

Respectfully submitted,

DATED: March 10, 2020

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ Christopher J. Bakes

Christopher J. Bakes
Attorneys for Plaintiffs/Counterdefendants STORZ MANAGEMENT COMPANY, a California corporation, and STORZ REALTY, INC.

DATED: March 10, 2020

WEINTRAUB TOBIN CHEDIAK COLEMAN GRODIN

By: /s/ James Kachmar (as authorized on 3/10/2020)
James Kachmar
Attorneys for Defendants / Counterclaimants ANDREW CAREY and MARK WEINER

**ORDER**

The Court, having reviewed the Parties' Stipulation, and finding good cause, hereby modifies its February 14, 2020 Order (ECF No. 125) as follows: Plaintiffs shall have until April 17, 2020 to produce James Pierini for his continued deposition as SMC's PMK.

DATED: March 12, 2020

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE