**LEWIS BRISBOIS BISGAARD & SMITH LLP**
CHRISTOPHER J. BAKES, SB# 99266
ANDREW D. BLUTH, SB# 232387
CAITLIN E. HIGGINS, SB# 298782
2020 West El Camino Avenue, Suite 700
Sacramento, California 95833
Tel: 916.564.5400
Fax: 916.564.5444

Attorneys for Plaintiffs/Counterdefendants STORZ MANAGEMENT COMPANY, a California corporation, and STORZ REALTY, INC.

**weintraub tobin chediak coleman grodin law corporation**
CHARLES L. POST, SB#. 160443
JAMES KACHMAR, SB#. 216781
400 Capitol Mall, 11th Floor
Sacramento, California 95814
Telephone:   916/558.6000
Facsimile:    916/446.1611

Attorneys for Defendants/Counterclaimants
ANDREW CAREY and MARK WEINER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STORZ MANAGEMENT COMPANY, a California Corporation, and STORZ REALTY, INC.,<br><br>            Plaintiffs,<br><br>    vs.<br><br>ANDREW CAREY, an individual, and MARK WEINER, an individual,<br><br>            Defendants.<br><br>And related cross-claim. | No. 2:18-cv-00068 TLN DB<br><br>**STIPULATION AND ORDER RE: MODIFICATION OF ORDER DATED MARCH 12, 2020 (DCKT. NO. 130)** |

Plaintiffs/Counterdefendants Storz Management Company and Storz Realty, Inc. ("Plaintiffs"), together with Defendants/Counterclaimants Andrew Carey and Mark Weiner ("Defendants") (Plaintiffs and Defendants referred to collectively as the "Parties") hereby stipulate to and request a modification to the Court's March 12, 2020 Order as follows:

WHEREAS, on or about February 14, 2020, the Court issued an Order (Dckt. # 125)

4825-0666-2074.1                                           1
**STIPULATION AND ORDER RE: JOINT REQUEST FOR ADDITIONAL TIME TO SCHEUDLE CONTINUED DEPOSITION OF JIM PIERINI**

granting Defendants' Motion to Compel Continued Deposition of James Pierini as Storz Management Company's ("SMC") Person Most Knowledgeable (Dckt. # 116) and ordering Plaintiffs to produce witness James Pierini for a continued deposition as SMC's PMK by no later than March 13, 2010; and

 WHEREAS, on or about March 12, 2020, the Court issued an Order (Dckt. # 130) modifying its February 14 Order to allow until April 17 for the Parties to complete the deposition of Mr. Pierini, given the scheduling difficulties created by current public health concerns; and

 WHEREAS, due to continued social distancing, travel, and other restrictions necessitated by the current public health environment, the Parties agree that the deposition needs to be continued to a later date; and

 WHEREAS, the Parties jointly request that the Court modify its March 12, 2020 Order (Dckt. # 130) to allow additional time for the continued deposition of Mr. Pierini as SMC's PMK to take place.

 NOW, THEREFORE, the Parties jointly request:

1. That the Court modify its March 12, 2020 Order (ECF Document No. 130) to allow Plaintiffs until June 17, 2020 to produce Mr. Pierini for his continued deposition as SMC's PMK.

**IT IS SO STIPULATED AND AGREED.**

Respectfully submitted,

DATED: April 17, 2020   LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ Christopher J. Bakes
Christopher J. Bakes
Attorneys for Plaintiffs/Counterdefendants
STORZ MANAGEMENT COMPANY, a
California corporation, and STORZ REALTY,
INC.

4825-0666-2074.1

2

**STIPULATION AND ORDER RE: JOINT REQUEST FOR ADDITIONAL TIME TO SCHEUDLE CONTINUED DEPOSITION OF JIM PIERINI**

DATED: April 17, 2020                         WEINTRAUB TOBIN CHEDIAK COLEMAN GRODIN


                                              By:  /s/ James Kachmar (as authorized on 4/17/2020)
                                                   James Kachmar
                                                   Attorneys for Defendants / Counterclaimants
                                                   ANDREW CAREY and MARK WEINER


**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

DATED:  April 20, 2020                        /s/ DEBORAH BARNES
                                              UNITED STATES MAGISTRATE JUDGE