**LEWIS BRISBOIS BISGAARD & SMITH LLP**
CHRISTOPHER J. BAKES, SB# 99266
ANDREW D. BLUTH, SB# 232387
CAITLIN E. HIGGINS, SB# 298782
2020 West El Camino Avenue, Suite 700
Sacramento, California 95833
Tel: 916.564.5400
Fax: 916.564.5444

Attorneys for Plaintiffs/Counterdefendants STORZ MANAGEMENT COMPANY, a California corporation, and STORZ REALTY, INC.

**weintraub tobin chediak coleman grodin law corporation**
CHARLES L. POST, SB# 160443
JAMES KACHMAR, SB# 216781
400 Capitol Mall, 11th Floor
Sacramento, California 95814
Telephone:    916/558.6000
Facsimile:    916/446.1611

Attorneys for Defendants/Counterclaimants
ANDREW CAREY and MARK WEINER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STORZ MANAGEMENT COMPANY, a California Corporation, and STORZ REALTY, INC.,<br><br>             Plaintiffs,<br><br>     vs.<br><br>ANDREW CAREY, an individual, and MARK WEINER, an individual,<br><br>             Defendants.<br><br>And related cross-claim. | No. 2:18-cv-00068-TLN-DB<br><br>**STIPULATION AND ORDER RE: MODIFICATION OF ORDER DATED APRIL 20, 2020 (DCKT. NO. 134)** |

Plaintiffs/Counterdefendants Storz Management Company and Storz Realty, Inc. ("Plaintiffs"), together with Defendants/Counterclaimants Andrew Carey and Mark Weiner ("Defendants") (Plaintiffs and Defendants referred to collectively as the "Parties") hereby stipulate to and request a modification to the Court's April 20, 2020 Order as follows:

WHEREAS, on or about February 14, 2020, the Court issued an Order (Dckt. # 125)

1  granting Defendants' Motion to Compel Continued Deposition of James Pierini as Storz
2  Management Company's ("SMC") Person Most Knowledgeable (Dckt. # 116) and ordering
3  Plaintiffs to produce witness James Pierini for a continued deposition as SMC's PMK by no later
4  than March 13, 2010; and

5      WHEREAS, on or about March 12, 2020, the Court issued an Order (Dckt. # 130)
6  modifying its February 14 Order to allow until April 17 for the Parties to complete the deposition
7  of Mr. Pierini, given the scheduling difficulties created by current public health concerns; and

8      WHEREAS, on or about April 20, 2020, the Court issued an Order (Dckt. # 134)
9  modifying its March 12 Order to allow until June 17 for the Parties to complete the deposition of
10 Mr. Pierini, given the scheduling difficulties created by current public health concerns; and

11     WHEREAS, due to continued social distancing, travel, and other restrictions necessitated
12 by the current public health environment, the Parties agree that the deposition needs to be
13 continued to a later date; and

14     WHEREAS, the Parties jointly request that the Court modify its April 20, 2020 Order
15 (Dckt. # 134) to allow additional time for the continued deposition of Mr. Pierini as SMC's PMK
16 to take place.

17     NOW, THEREFORE, the Parties jointly request:

18     1. That the Court modify its April 20, 2020 Order (ECF Document No. 134) to allow
19        Plaintiffs until September 17, 2020 to produce Mr. Pierini for his continued deposition
20        as SMC's PMK.

21

22 **IT IS SO STIPULATED AND AGREED.**

23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

4849-8016-2495.1

2

**STIPULATION AND ORDER RE: JOINT REQUEST FOR ADDITIONAL TIME TO SCHEDULE CONTINUED DEPOSITION OF JIM PIERINI**

Respectfully submitted,

DATED: June 15, 2020				LEWIS BRISBOIS BISGAARD & SMITH LLP


By:	/s/ Christopher J. Bakes
	Christopher J. Bakes
	Attorneys for Plaintiffs/Counterdefendants
	STORZ MANAGEMENT COMPANY, a
	California corporation, and STORZ REALTY,
	INC.

DATED: June 15, 2020				WEINTRAUB TOBIN CHEDIAK COLEMAN GRODIN


By:	/s/ James Kachmar (as authorized on 6/15/2020)
	James Kachmar
	Attorneys for Defendants / Counterclaimants
	ANDREW CAREY and MARK WEINER

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED.

DATED: June 15, 2020				/s/ DEBORAH BARNES
						UNITED STATES MAGISTRATE JUDGE