

United States District Court
Eastern District of California

| Storz Management Co., et al. | Case Number: 2:18-cv-00068-TLN-DB |

Plaintiff(s)

V.

| Carey et al. |

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Christopher H. Wood hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Plaintiffs

On 04/13/2016 (date), I was admitted to practice and presently in good standing in the U.S.D.C. Colorado (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 08/01/2022    Signature of Applicant: /s/ Christopher H. Wood

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Christopher H. Wood |
| Law Firm Name: | Lewis Brisbois Bisgaard & Smith |
| Address: | 1700 Lincoln Street |
| | Suite 4000 |
| City: | Denver     State: CO     Zip: 80203 |
| Phone Number w/Area Code: | (303) 861-7760 |
| City and State of Residence: | Denver, Colorado |
| Primary E-mail Address: | christopher.wood@lewisbrisbois.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Christopher J. Bakes |
| Law Firm Name: | Lewis Brisbois Bisgaard & Smith LLP |
| Address: | 2020 West El Camino Avenue |
| | Suite 700 |
| City: | Sacramento     State: CA     Zip: 95833 |
| Phone Number w/Area Code: | (916) 564-5400     Bar #: 99266 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: August 2, 2022

_[signature]_
JUDGE, U.S. DISTRICT COURT



# Certificate of Good Standing
# and
# Letter of No Disciplinary History

United States District Court
District of Colorado

I, Jeffrey P. Colwell, Clerk of the United States District Court
DO HEREBY CERTIFY

## CHRISTOPHER H. WOOD

was admitted to practice in this court on
**APRIL 13, 2016**
and is in good standing with no disciplinary history in this court.

Dated: March 1, 2022        Jeffrey P. Colwell, Clerk



By: *Mark J. Fredrickson*
Deputy Clerk