**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Christopher J. Bakes, SB# 99266
Andrew D. Bluth, SB# 232387
Caitlin E. Higgins, SB# 298782
2020 West El Camino Avenue, Suite 700
Sacramento, California 95833
Tel: 916.564.5400
Fax: 916.564.5444

Attorneys for Plaintiffs/Counterdefendants Storz Management Company, Storz Realty, Inc., Heritage Funding Corporation, and Heritage Funding IV

James Kachmar, State Bar No. 216781
**weintraub tobin** chediak coleman grodin
law corporation
400 Capitol Mall, 11th Floor
Sacramento, California 95814
Telephone:   916/558.6000
Facsimile:   916/446.1611

Attorneys for Defendants and Counterclaimants
Andrew Carey and Mark Weiner, and Defendants
Joy Kelly, Nancy Hughes, Monolith, LLC and
Monolith Properties, Inc

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STORZ MANAGEMENT COMPANY, a California Corporation, and STORZ REALTY, INC., a California Corporation, HERITAGE FUNDING CORPORATION, a California corporation, and HERITAGEFUNDING IV, a California corporation,<br><br>          Plaintiffs,<br><br>     v.<br><br>ANDREW CAREY, an individual, and MARK WEINER, an individual, JOY KELLY, an individual, NANCY HUGHES, an individual; MONOLITH, LLC, a California entity, and MONOLITH PROPERTIES, INC., a California corporation,<br><br>          Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 2:18-cv-00068-TLN-DB<br><br>**STIPULATION AND ORDER FOR MODIFICATION OF COURT'S ORDER DATED JUNE 16, 2022 RE FILING OF JOINT STATUS REPORT [DCKT. NO. 183]**<br><br>Courtroom:   2, 15th Floor<br>Judge: Hon. Troy L. Nunley<br><br>Complaint Filed: January 11, 2018<br>FAC Filed: January 30, 2018<br>SAC Filed: March 17, 2021 |

Plaintiffs/Counterdefendants Storz Management Company, Storz Realty, Inc., Heritage Funding Corporation, and Heritage Funding IV ("Plaintiffs"), together with Defendants/Counterclaimants Andrey Carey, Mark Weiner and Defendants Joy Kelly, Nancy Hughes, Monolith, LLC and Monolith Properties, Inc. (collectively, "Defendants") hereby stipulate to and request a modification to the Court's June 16, 2022 Order as follows:

1. On June 15, 2022, the Court issued its Order (Dckt. # 183) and set August 15, 2022, as the last day for the parties to file a joint status report. See Order, at p. 12.

2. In early July 2022, the father of Counsel for Defendants became ill and was hospitalized. On July 29, 2022, he was moved to comfort care and passed on August 1, 2022.

3. Counsel for Defendants has been occupied attending to his father's illness and is presently assisting his family with funeral arrangements.

4. Counsel for Plaintiffs have graciously agreed to stipulate to request the Court to modify its Order to extend the deadline for the filing of the Joint Status Report to and including August 29, 2022, in light of the above.

5. This is the Parties' first request to extend the deadline for the filing of the Joint Status Report.

Dated: August 5, 2022                 LEWIS BRISBOIS BISGAARD & SMITH LLP

                                      By:   /s/ - David M. Florence
                                             David M. Florence

                                      Attorneys for Plaintiffs/Counterdefendants Storz Management Company, Storz Realty, Inc., Heritage Funding Corporation, and Heritage Funding IV


Dated: August 8, 2022                 **weintraub tobin** chediak coleman grodin
                                      LAW CORPORATION

                                      By:   /s/ - James Kachmar
                                             James Kachmar

                                      Attorneys for Defendants and Counterclaimants Andrew Carey and Mark Weiner, and Defendants Joy Kelly, Nancy Hughes, Monolith, LLC and Monolith Properties, Inc.

# ORDER

The Court, having reviewed the Parties' Stipulation, and finding good cause, hereby modifies its June 16, 2022 Order (ECF No. 183) as follows: The parties shall file a joint status report not later than August 29, 2022.

**IT IS SO ORDERED.**

Dated: August 8, 2022

_____
Troy L. Nunley
United States District Judge