UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STORZ MANAGEMENT COMPANY, a California Corporation, and STORZ REALTY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ANDREW CAREY, an individual, and MARK WEINER, an individual, <br><br> Defendants. | No. 2:18-cv-0068 DJC DB <br><br> ORDER |

On June 23, 2023, plaintiffs filed a motion to compel.  (ECF No. 246.)  The motion to compel is noticed for hearing before the undersigned on July 28, 2023, pursuant to Local Rule 302(c)(1).  (ECF No. 246.)  In connection with the motion the parties filed a Joint Statement re Discovery Disagreement pursuant to Local Rule 251.  (ECF No. 250.)  Review of the Joint Statement finds that the parties have, yet again, engaged in unhelpful conduct in connection with presenting their discovery dispute.  See ECF No. 222 at 10: ECF No. 229 at 2; ECF No. 245.

In this regard, plaintiffs' counsel asserts that they "tendered substantially the same Joint Statement previously filed" to defense counsel and asked defense counsel to "meet and confer on either July 11 or 12," but defense counsel only agreed to meet and confer on July 14, 2023, the date the Joint Statement was due for filing.  (JS (ECF No. 250) at 2.)  Defense counsel asserts that

1

plaintiffs provided their portion of the Joint Statement "at approximately 9:00pm on July 14, 2023, which was substantially revised from an earlier draft that the parties met and conferred about on July 14, 2023." (Id. at 9.) As a result, the Joint Statement "addresses issues that have been withdrawn by Plaintiffs." (Id. at 10.) The deficiencies in this process should require no explanation.

Accordingly, IT IS HEREBY ORDERED that:

1. The July 28, 2023 hearing of plaintiffs' motion to compel (ECF No. 246) is continued to **August 18, 2023**;

2. On or before **August 4, 2023**, the parties shall meet and confer either in person, over Zoom, or telephonically; and

3. On or before **August 11, 2023**, the parties shall file either a withdrawal of the motion to compel or an updated Joint Statement re Discovery Disagreement.[1]

Dated: July 25, 2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.civil\storz0068.mtc.cont.ord

---

[1] The parties shall ensure that the Joint Statement complies with the Local Rules and the undersigned's Standard Information, available at the court's web page at http://www.caed.uscourts.gov/caednew/index.cfm/judges/all-judges/united-states-magistrate-judge-deborah-barnes-db. Moreover, given the culpable conduct of both counsel, neither side should anticipate being awarded any monetary compensation in connection with the further meet and confer efforts or the drafting of the updated Joint Statement.

2