DANIEL V. KOHLS (SBN 167987)
MARK D. SZYNTAR (SBN 316170)
HANSEN, KOHLS, SOMMER & JACOB, LLP
1520 Eureka Road, Suite 100
Roseville, California 95661
Telephone:     (916) 781-2550
Email:         dkohls@hansenkohls.com
               mszyntar@hansenkohls.com

Attorneys for Plaintiffs STORZ MANAGEMENT COMPANY, STORZ REALTY, INC., HERITAGE FUNDING CORPORATION, and HERITAGE FUNDING IV and Counter-Defendants STORZ MANAGEMENT COMPANY, STORZ REALTY, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STORZ MANAGEMENT COMPANY, a California Corporation, and STORZ REALTY, INC., a California Corporation, HERITAGE FUNDING CORPORATION, a California corporation, and HERITAGE FUNDING IV, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW CAREY, an individual, and MARK WEINER, an individual, JOY KELLY, an individual, NANCY HUGHES, an individual. MONOLITH, LLC, a California entity, and MONOLITH PROPERTIES, INC., a California corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 2:18-cv-00068-DJC-DB<br><br>**STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER TO EXTEND CUT-OFF TO COMPLETE PMK DEPOSITIONS**<br><br><br>Complaint Filed: January 11, 2018<br>FAC Filed: January 30, 2018<br>SAC Filed: March 17, 2021 |

Plaintiffs/Counterdefendants Storz Management Company and Storz Realty, Inc., and Plaintiffs Heritage Funding Corporation and Heritage Funding IV ("Plaintiffs"), together with Defendants/Counterclaimants Andrew Carey and Mark Weiner, and Defendants Joy Kelly, Nancy Hughes, Monolith, LLC and Monolith Properties, Inc. ("Defendants") (Plaintiffs and Defendants

00032592.1

HANSEN, KOHLS, SOMMER & JACOB, LLP

1  referred to collectively as the "Parties"), by and through their respective counsel of record, hereby
2  stipulate to and request a modification to the Court's Amended Scheduling Order issued on
3  February 22, 2023 (ECF No. 221) as follows:

4      WHEREAS on or about February 22, 2023, this Court issued a Minute Order wherein it
5  ordered all fact discovery to be completed by no later than August 31, 2023 (*see* ECF No. 221);

6      WHEREAS Plaintiffs' new counsel substituted in as Plaintiffs' counsel of record on July
7  19, 2023 (*see* ECF No. 254);

8      WHEREAS the Parties were engaged in a meet and confer process regarding discovery
9  issues from July 25, 2023, to August 11, 2023, and the Parties filed an updated Joint Statement re:
10  Discovery Disagreement on August 11, 2023 (*see* ECF No. 259);

11      WHEREAS Defendants have noticed the depositions of the Persons Most Knowledgeable
12  of Storz Realty, Inc., Heritage Funding IV and Heritage Funding Corporation ("PMK
13  Depositions"), which are noticed for August 17th-18th, 21st-22nd and 24th-25th;

14      WHEREAS Defendants propounded numerous written discovery requests on August 1,
15  2023, all of which require Plaintiffs' written responses by August 31, 2023;

16      WHEREAS the Parties acknowledge that Plaintiffs' counsel of record is unable to
17  participate in any of the currently noticed PMK Depositions until at least October of 2023, due to
18  scheduling conflicts, including but not limited to, Plaintiffs' counsel will be out of the country
19  from September 11, 2023 to October 9, 2023;

20      WHEREAS the Parties have met and conferred on the scheduling conflicts and have
21  agreed that the PMK Depositions need to be continued to later dates;

22      WHEREAS the Parties have tentatively rescheduled the PMK Depositions to occur before
23  October 31, 2023;

24      WHEREAS the Parties jointly request that the Court modify its Amended Scheduling
25  Order issued on February 22, 2023, (ECF No. 221) to allow additional time for the continued
26  PMK Depositions to be completed;

27      WHEREAS good cause exists to allow additional time for Defendants to take the PMK
28  Depositions due to Plaintiffs' counsel recently being substituted in as counsel, his unavailability

1  for the depositions to be completed before October 2023, and Plaintiffs' August 31, 2023,

2  deadline to adequately prepare and serve written responses to Defendants' discovery requests.

3      NOW, THEREFORE, the Parties jointly request:

4      1.    That the Court modify its amended Scheduling Order issued on February 22, 2023

5  (ECF No. 221), to extend the deadline for the cutoff of fact discovery to November 15, 2023, for

6  the limited purpose of allowing Defendants to complete the PMK Depositions.

7  **IT IS SO STIPULATED AND AGREED**.

8  DATED: August 16, 2023        HANSEN, KOHLS, SOMMER & JACOB, LLP

10         By: /s/ Daniel v. Kohls
11         DANIEL V. KOHLS
        Attorneys for Plaintiffs/Counterdefendants
        STORZ MANAGEMENT COMPANY, STORZ
12         REALTY, INC., HERITAGE FUNDING
        CORPORATION and HERITAGE FUNDING IV

14 DATED: August 16, 2023        WEINTRAUB TOBIN CHEDIAK COLEMAN GRODIN

17         By: /s/ James Kachmar
        JAMES KACHMAR
        Attorneys for Defendants/Counterclaimants
18         ANDREW CAREY, MARK WEINTER, and
        Defendants JOY KELLY, NANCY HUGHES,
19         MONOLITH, LLC and MONOLITH
        PROPERTIES, INC.

HANSEN, KOHLS, SOMMER & JACOB, LLP

**ORDER**

The Court, having reviewed the Parties' Stipulation, and finding good cause, hereby modifies its February 22, 2023, Amended Pretrial Scheduling Order (ECF No. 221) as follows: The cutoff for fact discovery shall be extended to November 15, 2023, for the limited purpose of allowing Defendants to complete taking the PMK Depositions.

**IT IS SO ORDERED**.

Dated:  September 6, 2023        /s/ Daniel J. Calabretta
                                 THE HONORABLE DANIEL J. CALABRETTA
                                 UNITED STATES DISTRICT JUDGE