DANIEL V. KOHLS (SBN 167987)
MARK D. SZYNTAR (SBN 316170)
HANSEN, KOHLS, SOMMER & JACOB, LLP
1520 Eureka Road, Suite 100
Roseville, California 95661
Telephone:    (916) 781-2550
Email:            dkohls@hansenkohls.com
                      mszyntar@hansenkohls.com

Attorneys for Plaintiffs STORZ MANAGEMENT COMPANY, STORZ REALTY, INC., HERITAGE FUNDING CORPORATION, and HERITAGE FUNDING IV and Counter-Defendants STORZ MANAGEMENT COMPANY, STORZ REALTY, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STORZ MANAGEMENT COMPANY, a California Corporation, and STORZ REALTY, INC., a California Corporation, HERITAGE FUNDING CORPORATION, a California corporation, and HERITAGE FUNDING IV, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW CAREY, an individual, and MARK WEINER, an individual, JOY KELLY, an individual, NANCY HUGHES, an individual. MONOLITH, LLC, a California entity, and MONOLITH PROPERTIES, INC., a California corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 2:18-cv-00068-DJC-DB<br><br>**STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER TO EXTEND CUT-OFF TO DISCLOSE INITIAL EXPERT WITNESSES AND PRODUCE REPORTS**<br><br><br>Complaint Filed: January 11, 2018<br>FAC Filed: January 30, 2018<br>SAC Filed: March 17, 2021 |

Plaintiffs/Counterdefendants Storz Management Company and Storz Realty, Inc., and

Plaintiffs Heritage Funding Corporation and Heritage Funding IV ("Plaintiffs"), together with

Defendants/Counterclaimants Andrew Carey and Mark Weiner, and Defendants Joy Kelly, Nancy

00033024.1

1  Hughes, Monolith, LLC and Monolith Properties, Inc. ("Defendants") (Plaintiffs and Defendants
2  referred to collectively as the "Parties"), by and through their respective counsel of record, hereby
3  stipulate to and request a modification to the Court's Amended Scheduling Order issued on
4  February 22, 2023 (ECF No. 221) as follows:
5      WHEREAS on or about February 22, 2023, this Court issued a Minute Order wherein it
6  ordered the parties shall disclose initial experts and produce reports by no later than October 2,
7  2023; and that the parties shall disclose rebuttal experts and produce rebuttal reports by no later
8  than November 2, 2023; and that all expert discovery shall be completed no later than December
9  4, 2023 (*see* ECF No. 221);
10      WHEREAS Plaintiffs' new counsel substituted in as Plaintiffs' counsel of record on July
11  19, 2023 (*see* ECF No. 254);
12      WHEREAS the Parties acknowledge that Plaintiffs' counsel will be out of the country
13  from September 11, 2023 to October 9, 2023;
14      WHEREAS the Parties have met and conferred on the scheduling conflicts and have
15  agreed that the disclosure of initial experts and production of reports need to be continued to later
16  dates;
17      WHEREAS the Parties have agreed for the disclosure of initial experts and production of
18  reports to occur on or before November 2, 2023;
19      WHEREAS the Parties jointly request that the Court modify its Amended Scheduling
20  Order issued on February 22, 2023, (ECF No. 221) to allow additional time for the parties to
21  complete their disclosure of initial experts and produce expert reports;
22      WHEREAS good cause exists to allow additional time for the parties to disclose experts
23  witnesses and complete expert witness discovery due to Plaintiffs' counsel recently being
24  substituted in as counsel and his unavailability for expert witness discovery to be completed
25  within the current deadlines.
26  / / /
27  / / /

1  NOW, THEREFORE, the Parties jointly request:

2  1. That the Court modify its amended Scheduling Order issued on February 22, 2023

3  (ECF No. 221), to extend the deadlines for the parties to disclose initial experts and produce

4  reports to November 2, 2023; for the parties to disclose rebuttal experts and produce rebuttal

5  reports by no later than December 2, 2023; and that all expert discovery shall be completed no

6  later than January 12, 2024.

**IT IS SO STIPULATED AND AGREED**.

DATED: September 7, 2023                HANSEN, KOHLS, SOMMER & JACOB, LLP


By: /s/ Daniel V. Kohls
DANIEL V. KOHLS
Attorneys for Plaintiffs/Counterdefendants
STORZ MANAGEMENT COMPANY, STORZ
REALTY, INC., HERITAGE FUNDING
CORPORATION and HERITAGE FUNDING IV

DATED: September 7, 2023                WEINTRAUB TOBIN CHEDIAK COLEMAN GRODIN


By: /s/ James Kachmar

JAMES KACHMAR
Attorneys for Defendants/Counterclaimants
ANDREW CAREY, MARK WEINER, and
Defendants JOY KELLY, NANCY HUGHES,
MONOLITH, LLC and MONOLITH
PROPERTIES, INC.

ORDER

The Court, having reviewed the Parties' Stipulation, and finding good cause, hereby modifies its February 22, 2023, Amended Pretrial Scheduling Order (ECF No. 221) to extend the deadlines for the parties to disclose initial experts and produce reports to November 2, 2023; for the parties to disclose rebuttal experts and produce rebuttal reports by no later than December 2, 2023; and that all expert discovery shall be completed no later than January 12, 2024.

All motions, except motions for continuances, temporary restraining orders, or other emergency applications, shall be filed on or before March 22, 2024 and shall be noticed for hearing before Judge Calabretta on May 9, 2024 at 1:30 p.m.  Counsel are directed to refer to the local rules and Judge Calabretta's Standing Order regarding the requirements for noticing and opposing such motions on the Court's regularly scheduled law and motion calendar.

**IT IS SO ORDERED**.

Dated:  September 11, 2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE