DANIEL V. KOHLS (SBN 167987)
MARK D. SZYNTAR (SBN 316170)
HANSEN, KOHLS, SOMMER & JACOB, LLP
1520 Eureka Road, Suite 100
Roseville, California 95661
Telephone: (916) 781-2550
Email: dkohls@hansenkohls.com
Email: mszyntar@hansenkohls.com

Attorneys for Plaintiffs STORZ MANAGEMENT COMPANY, STORZ REALTY, INC., HERITAGE FUNDING CORPORATION, and HERITAGE FUNDING IV and Counter-Defendants STORZ MANAGEMENT COMPANY, STORZ REALTY, INC.

James Kachmar, State Bar No. 216781
**weintraub tobin** chediak coleman grodin
law corporation
400 Capitol Mall, 11th Floor
Sacramento, California 95814
Telephone: 916/558.6000
Facsimile: 916/446.1611
Email: jkachmar@weintraub.com

Attorneys for Defendants and Counterclaimants Andrew Carey and Mark Weiner, and Defendants, Joy Kelly, Nancy Hughes, Monolith, LLC and Monolith Properties, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STORZ MANAGEMENT COMPANY, a California Corporation, and STORZ REALTY, INC., a California Corporation, HERITAGE FUNDING CORPORATION, a California corporation, and HERITAGEFUNDING IV, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ANDREW CAREY, an individual, and MARK WEINER, an individual, JOY KELLY, an individual, NANCY HUGHES, an individual; MONOLITH, LLC, a California entity, and MONOLITH PROPERTIES, INC., a California corporation,<br><br>Defendants. | Case No. 2:18-cv-00068-DJC-DB<br><br>**STIPULATION AND ORDER FOR LIMITED EXTENSION OF CUT-OFF FOR EXPERT DISCOVERY**<br><br><br>Complaint Filed: January 11, 2018<br>FAC Filed: January 30, 2018<br>SAC Filed: March 17, 2021<br><br>Trial Date:  September 16, 2024 |

{4135167.DOCX:}

AND RELATED COUNTERCLAIMS.

Plaintiffs/Counterdefendants Storz Management Company, Storz Realty, Inc., Heritage Funding Corporation, and Heritage Funding IV ("Plaintiffs"), together with Defendants/Counterclaimants Andrey Carey, Mark Weiner and Defendants Joy Kelly, Nancy Hughes, Monolith, LLC and Monolith Properties, Inc. (collectively, "Defendants") hereby stipulate to and request a modification to the Court's Amended Scheduling Order, issued on September 12, 2023 (ECF No. 266) as follows:

WHEREAS on September 12, 2023, this Court issued a Minute Order wherein it granted the Parties' stipulation and ordered all expert discovery to be completed by no later than January 12, 2024 (*see* ECF No. 266);

WHEREAS the deposition of Plaintiffs' designated expert witness, James Vaughn, was timely noticed to take place on January 10, 2024;

WHEREAS Mr. Vaughn had a family medical emergency that prevented his deposition from proceeding on January 10, 2024 as noticed;

WHEREAS the Parties have agreed to reschedule Mr. Vaughn's deposition to a date in late-January or early-February 2024 to accommodate Mr. Vaughn's schedule;

WHEREAS the Parties expect to complete all other expert discovery by the current deadline of January 12, 2024;

WHEREAS good cause exists for a limited extension of the cutoff of expert discovery for the sole purpose of completing the deposition of Mr. Vaughn in light of his sudden unavailability.

NOW, THEREFORE, the Parties jointly request:

1. That the Court modify its amended scheduling order (ECF No. 266) to extend the cutoff of expert discovery to February 9, 2024, for the limited purpose of allowing Defendants to take the deposition of James Vaughn.

IT IS SO STIPULATED AND AGREED.

Dated: January 11, 2024               HANSEN, KOHLS, SOMMER & JACOB, LLP

                                      By:        /s/ Daniel V. Kohls
                                      DANIEL V. KOHLS
                                      Attorneys for Plaintiffs/Counterdefendants
                                      STORZ MANAGEMENT COMPANY, STORZ REALTY, INC., HERITAGE FUNDING CORPORATION and HERITAGE FUNDING IV

Dated: January 11, 2024               **weintraub tobin** chediak coleman grodin
                                      LAW CORPORATION

                                      By:    /s/ - James Kachmar
                                             James Kachmar

                                      Attorneys for Defendants and Counterclaimants Andrew Carey and Mark Weiner, and Defendants Joy Kelly, Nancy Hughes, Monolith, LLC and Monolith Properties, Inc.

## ORDER

The Court, having reviewed the Parties' Stipulation, and finding good cause, hereby modifies its September 12, 2023 amended Scheduling Order (ECF No. 266) as follows:

1. The cutoff of expert discovery shall be extended to February 9, 2024, for the limited purpose of allowing Defendants to take the deposition of James Vaughn.

Dated:  January 12, 2024              /s/ Daniel J. Calabretta
                                      THE HONORABLE DANIEL J. CALABRETTA
                                      UNITED STATES DISTRICT JUDGE