1  James Kachmar, State Bar No. 216781
2  **weintraub tobin** chediak coleman grodin
   law corporation
3  400 Capitol Mall, 11ᵗʰ Floor
   Sacramento, California 95814
4  Telephone:    916/558.6000
   Facsimile:    916/446.1611
5  Email: jkachmar@weintraub.com

6  Attorneys for Defendants and Counterclaimants
   Andrew Carey and Mark Weiner, and Defendants
7  Joy Kelly, Nancy Hughes, Monolith, LLC and
   Monolith Properties, Inc

8

9                 UNITED STATES DISTRICT COURT

10              EASTERN DISTRICT OF CALIFORNIA

11  STORZ MANAGEMENT COMPANY, a          ) Case No. 2:18-cv-00068-DJC-SCR
    California Corporation, and STORZ REALTY, )
12  INC., a California Corporation, HERITAGE )  DEFENDANTS/COUNTERCLAIMANTS'
    FUNDING CORPORATION, a California    )  NOTICE OF MOTION AND MOTION FOR
13  corporation, and HERITAGEFUNDING IV, a )  JUDGMENT AS A MATTER OF LAW (FRCP
    California corporation,              )  50(a))
14                                       )
              Plaintiffs,                )
15                                       )
                                         )
16        v.                             )  Hearing Date:   March 17, 2025
                                         )  Time:    8:30 a.m.
17  ANDREW CAREY, an individual, and MARK )
    WEINER, an individual, JOY KELLY, an )  Courtroom:   7, 14ᵗʰ Floor
18  individual, NANCY HUGHES, an individual; )  Judge:  Hon. Daniel J. Calabretta
    MONOLITH, LLC, a California entity, and )
19  MONOLITH PROPERTIES, INC., a California )  Complaint Filed: January 11, 2018
    corporation,                         )  FAC Filed: January 30, 2018
20                                       )  SAC Filed: March 17, 2021
              Defendants.                )  Trial Date: March 3, 2025
21                                       )
                                         )
22        AND RELATED COUNTERCLAIMS.     )
                                         )
23                                       )

24

25

26

27

28

**weintraub tobin** chediak coleman grodin
law corporation

1    ## NOTICE OF MOTION AND MOTION FOR JUDGMENT AS A MATTER OF LAW

2    TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

3    Defendants/Counterclaimants Mark Weiner and Andrew Carey and Defendants Monolith

4    LLC and Monolith Properties, Inc. ("Defendants") hereby renew their motion for judgment as a

5    matter of law pursuant to F.R.C.P. Rule 50(a) as to a number of claims remaining in the Second

6    Amended Complaint  ("SAC") (Dckt. # 155) as follows:[1]

7        1.    In Defendants' favor as to the remaining claims of Storz Realty, Inc., for breach of

8            fiduciary duty (2nd and 3rd causes of action); breach of implied covenant of good

9            faith and fair dealing (7th cause of action); intentional interference with contractual

10            relations (8th cause of action); fraud (9th and 10th causes of action); and unfair

11            competition (13th and 14th causes of action);

12        2.    In Defendants' favor as to the claims of Plaintiffs Storz Management Company,

13            Heritage Funding IV and Heritage Funding Corporation for breach of the implied

14            covenant of good faith and fair dealing (7th cause of action); and fraud (9th and

15            10th causes of action);

16        3.    In Defendants' favor as to the claim of Plaintiff Storz Management Company for

17            conversion (22nd cause of action);

18        4.    In Defendants' favor as to the claims of Plaintiffs Storz Management Company,

19            Heritage Funding Corporation and Heritage Funding IV for violation of the Defend

20            Trade Secrets Act (1st cause of action);

21        5.    In Defendants' favor as to the claims of Plaintiffs Heritage Funding Corporation

22            and Heritage Funding IV for breach of fiduciary duty (2nd and 3rd causes of action);

23        6.    In Defendants' favor as to the claims of Plaintiffs Heritage Funding Corporation

24            and Heritage Funding IV for breach of contract (5th cause of action);

25

26    _____

27    [1] At the conclusion of evidence on March 13, 2025, Defendants began to move for judgment as a matter of law orally as to a number of the remaining claims in the SAC. The Court requested the parties to meet and confer to see if certain claims could be resolved by way of stipulation. The parties have met and conferred but have been

28    able to resolve these issues by way of stipulation (although Defendants understand that Plaintiffs will not oppose judgment to Items #1-3 above if the Court is so inclined).

#4495106v1                                  2                    Defendants' NOM and Motion for Judgment as a
                                                                                Matter of Law

7.    In Defendants' favor as to the claims of Plaintiffs Heritage Funding Corporation and Heritage Funding IV for intentional interference with contractual relations (8th cause of action); and

8.    In Defendants' favor as to the claim of Plaintiff Storz Management Company for unfair competition (21st cause of action).

This Motion is made and based on the ground that the presentation of evidence to the jury has closed and a reasonable jury would not have a legally sufficient evidentiary basis to find for the Plaintiffs on the issues above. This Motion is supported by the evidence that has been submitted in the trial of this matter and the complete files and records of this action, including any evidence and argument that may be presented to the Court at the hearing on this Motion.

Respectfully submitted,

Dated:  Mach 16, 2025

**weintraub tobin** chediak coleman grodin
LAW CORPORATION

By:____/s/ - James Kachmar_____
        James Kachmar

Attorneys for Defendants and Counterclaimants Andrew Carey and Mark Weiner, and Defendants Joy Kelly, Nancy Hughes, Monolith, LLC and Monolith Properties, Inc.

#4495106v1

Defendants' NOM and Motion for Judgment as a Matter of Law