UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STORZ MANAGEMENT COMPANY, a California Corporation, and STORZ REALTY, INC., a California Corporation, HERITAGE FUNDING CORPORATION, a California corporation, and HERITAGEFUNDING IV, a California corporation,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>ANDREW CAREY, an individual, and MARK WEINER, an individual, JOY KELLY, an individual, NANCY HUGHES, an individual; MONOLITH, LLC, a California entity, and MONOLITH PROPERTIES, INC., a California corporation,<br><br>　　　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 2:18-cv-00068-DJC-SCR<br><br>**JUDGMENT IN A CIVIL CASE**<br><br>Trial Date:　March 3, 2025<br>Time:　　　8:30 a.m.<br><br>Courtroom:　7<br>Judge:　Hon. Daniel J. Calabretta<br><br>Complaint Filed: January 11, 2018<br>FAC Filed: January 30, 2018<br>SAC Filed: March 17, 2021 |

///
///
///
///
///
///
///
///

Judgment

The Court has ordered that:

1. This action was tried by a jury with the Hon. Daniel J. Calabretta presiding, and the jury has rendered a verdict.

2. The jury unanimously determined that Plaintiffs Storz Management Company, Storz Realty, Inc., Heritage Funding IV and Heritage Funding Corporation shall recover nothing from Defendants Mark Weiner, Andrew Carey, Monolith, LLC, and Monolith Properties, Inc. as to claims in the Second Amended Complaint (Dckt. # 155).  Judgment is hereby entered against Plaintiffs on their remaining claims in the Second Amended Complaint on the merits. Defendants are entitled to recover their costs from Plaintiffs.

3. In accordance with the jury's verdict, Counterclaimant Andrew Cary was awarded $199,000.00 as against Storz Management Company and Mark Weiner was awarded $175,442.00 as against Storz Management Company and $45,500.00 as against Storz Realty, Inc..

4. The parties to this lawsuit have separately agreed in writing to resolve all issues relating to penalties, pre- and post-judgment interest, costs and attorneys' fees.

5. The parties have met and conferred regarding the possibility that one or more of the awards in the jury's verdict may be duplicative and stipulate that judgment be entered as follows: in favor of Andrew Carey and against Storz Management Company in the amount of $126,000; in favor of Mark Weiner and against Storz Management Company in the amount of $100,059; and in favor of Mark Weiner and against Storz Realty, Inc., in the amount of $45,500; and Judgment is hereby entered in those amounts.

**Keith Holland**
CLERK OF THE COURT

Dated:  May 14, 2025

/s/ G. Michel
SIGNATURE OF CLERK OF DEPUTY CLERK

APPROVED AS TO FORM:

Dated: May 12, 2025

HANSEN, KOHLS, SOMMER & JACOB, LLP

By: _____
DANIEL V. KOHLS

Attorneys for Plaintiffs/Counterdefendants
STORZ MANAGEMENT COMPANY, STORZ REALTY, INC., HERITAGE FUNDING CORPORATION and HERITAGE FUNDING IV

Dated: May 12, 2025

WEINTRAUB TOBIN CHEDIAK COLEMAN GRODIN LAW CORPORATION

By: _____
James Kachmar

Attorneys for Defendants and Counterclaimants Andrew Carey and Mark Weiner, and Defendants Joy Kelly, Nancy Hughes, Monolith, LLC and Monolith Properties, Inc.